**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

| | |
|---|---|
| In re: <br><br> JEFFERY R. AND NANCY L. LIVINGSTON, <br><br> Debtors, | Chapter 7 <br> Case No. 13-71744 |
| MARC BOUGIE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERY R. LIVINGSTON <br><br> Defendant. | Adversary Proceeding <br> No. 14-07044 |

**FINAL JUDGMENT ORDER DETERMINING DEBT
NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523**

This matter having come before the Court upon the Amended Complaint to Determine Dischargeability of Debt (the "**Amended Complaint**") filed by Marc Bougie (the "**Plaintiff**"), by counsel, [Docket No. 13] (the "**Amended Complaint**") seeking entry of an order declaring a debt owed by Jeffery R. Livingston (the "**Debtor**") to the Plaintiff to be non-dischargeable pursuant to sections 105(a), 523(a)(2)(A), 523(a)(6), and 523(a)(3) of Title 11 of the United States Code (the "**Bankruptcy Code**"), the Answer to the Amended Complaint filed by the

---

David K. Spiro (VSB No. 28152)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: dspiro@hf-law.com
rgreenleaf@hf-law.com
*Counsel for Marc Bougie*

Debtor [Docket No. 16], upon <u>Marc Bougie's Motion for Summary Judgment</u> [Docket No. 21] and <u>Marc Bougie's Memorandum in Support of its Motion for Summary Judgment</u> [Docket No. 22] (collectively, the "**Plaintiff's Summary Judgment Motion**") filed the Plaintiff, the <u>Motion for Summary Judgment</u> (the "**Debtor's Summary Judgment Motion**" and, together with the Plaintiff's Summary Judgment Motions, the "**Motions**") filed by the Debtor [Docket No. 24], the Responses to the Motions respectively filed [Docket Nos. 26, 27], and the Replies to the Motions respectively filed [Docket No. 29, 30]; and the Court having held a hearing on June 22, 2015 to consider the Plaintiff's Summary Judgment Motion and the Debtor's Summary Judgment Motion; and the Court finds that (a) it has jurisdiction over the matters raised in the Amended Complaint, the Plaintiff's Summary Judgment Motion, and the Debtor's Summary Judgment Motion pursuant to 28 U.S.C. §§ 157 and 1334(b); (b) that this is a core proceeding pursuant to 28 U.S.C. § 157; (c) after due deliberation of the record presented herein, good and sufficient cause exists for the granting of the relief as set forth herein; and (d) because a costly trial becomes unnecessary under the terms of this order in the event it becomes a final order, the Court finds that there is no just reason for delay, and thus the summary judgment granted herein as to Count IV of the Complaint is a final, appealable judgment pursuant to Federal Rule of Civil Procedure 54(b), as adopted by Federal Rule of Bankruptcy Procedure 7054.  Therefore, based upon the findings of fact and conclusions of law stated on the record at the conclusion of the hearing on June 22, 2015, which are incorporated herein by reference,

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's Summary Judgment Motion is **GRANTED** as to Count IV of the Amended Complaint.

2. The debt of one hundred and fifty thousand dollars ($150,000.00) owed by the Debtor to the Plaintiff is non-dischargeable pursuant to section 523(a)(3)(A) of the Bankruptcy Code and excepted from the Debtor's discharge.

3. Judgment is entered in favor of the Plaintiff and against the Debtor on Count IV of the Amended Complaint in the amount of one hundred and fifty thousand dollars ($150,000.00).

4. The judgment granted in paragraphs 1 through 3 of this Order constitutes a final, appealable judgment pursuant to Federal Rule of Civil Procedure 54(b), as adopted by Federal Rule of Bankruptcy Procedure 7054.

5. Upon this Order becoming non-appealable or affirmed on appeal as to Count IV, Counts I, II, and III of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

6. The Plaintiff hereby **WITHDRAWS** his request for attorneys' fees and punitive damages.

7. The Debtor's Summary Judgment Motion is **DENIED.**

8. Given the relief granted herein, the trial of this matter, scheduled for July 15, 2015, shall be removed from the docket.

9. Given the relief granted herein, upon this Order becoming final and non-appealable or affirmed on appeal as to Count IV, this Adversary Proceeding is hereby closed.

10. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: July 2, 2015

_____
United States Bankruptcy Judge

I ask for this:

  /s/ David K. Spiro
David K. Spiro (VSB No. 28152)
Rachel A. Greenleaf (VSB No. 83938)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone: (804) 771-9500
Facsimile: (804) 644-0957
E-mail: dspiro@hf-law.com
rgreenleaf@hf-law.com
*Counsel for Marc Bougie*

Seen:
/s/ Andrew S. Goldstein
Andrew S. Goldstein (VSB No. 28421)
Garren R. Laymon (VSB No. 75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, Virginia 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
E-mail: glaymon@mglspc.com
*Counsel for the Debtor/Defendant*