IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE:<br><br>JEFFERY R. LIVINGSTON and<br>NANCY L. LIVINGSTON,<br><br>　　　Debtor(s). | Chapter 7<br>Case No. 13-71744 |
| MARC BOUGIE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>JEFFERY R. LIVINGSTON,<br><br>　　　Defendant(s). | Adversary Proceeding No. 14-07044 |

**AGREED ORDER RESOLVING ADVERSARY PROCEEDING**

At Roanoke, in said district, this 9th day of August, 2016.

Upon the Complaint to determine dischargeability filed by Marc Bougie ("Bougie"), by counsel, against Jeffery R. Livingston ("Debtor" or "Livingston"), and a trial on the Complaint scheduled for August 30, 2016, and an agreement between the parties that resolves all of the issues outstanding in the Complaint, and good cause shown, it is hereby

ORDERED

that:

1.　　in full satisfaction of the allegations raised in the Complaint, Livingston will pay Bougie $37,500.00 as follows:

　　(a)　$12,500.00 within ten (10) business days of the date of this order;

　　(b)　$12,500.00 within thirty (30) business days of the initial payment; and

MAGEE GOLDSTEIN
LASKY & SAYERS, PC
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

      (c) $12,500.00 within sixty (60) business days of the date of the initial payment.

  2. In the event that Livingston fails to make any of the payments described herein by their respective due dates, and fails to cure the non-payment within five (5) business days of the date that the payment was due, Bougie will be awarded, and this order shall serve as evidence of the same, a $150,000.00 non-dischargeable judgment against Livingston, as if Bougie had prevailed at the trial of the Complaint.

  3. The Complaint is hereby dismissed with prejudice.

Entered: 8/9/2016

_____
UNITED STATES BANKRUPTCY JUDGE


SEEN AND AGREED:


MARC BOUGIE

By: /s/ David O. Williamson
  David O. Williamson, Esq. (VSB #20806)
Brumberg Mackey & Wall, PLC
30 West Franklin Rd., Suite 600
Professional Art Building LLC
Roanoke, VA  24011
Telephone: (540) 343-2956


JEFFERY R. LIVINGSTON

By: /s/ Andrew S. Goldstein
Andrew S. Goldstein, Esq. (VSB #28421)
Garren R. Laymon, Esq. (VSB #75112)
Magee Goldstein Lasky & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
Telephone:  (540) 343-9800
Facsimile:  (540) 343-9898
Electronic Mail: agoldstein@mglspc.com

MAGEE GOLDSTEIN
LASKY & SAYERS, PC
ATTORNEYS
P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW